```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
         -v-                                :
                                            :         13 Cr. 368 (DLC)
LIBERTY RESERVE S.A.,                       :
ARTHUR BUDOVSKY,                            :             ORDER
VLADIMIR KATS,                              :
AHMED YASSINE ABDELGHANI,                   :
ALLAN ESTEBAN HIDALGO JIMENEZ,              :
AZZEDDINE EL AMINE,                         :
MARK MARMILEV,                              :
MAXIM CHUKHAREV,                            :
                      Defendants.           :
                                            :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the November 8, 2013 pretrial conference is rescheduled to **November 7** at **3 p.m.** in Courtroom 15B.

Dated:   New York, New York
         October 16, 2013

                                    _____
                                             DENISE COTE
                                    United States District Judge