UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                        :

UNITED STATES OF AMERICA       :

        - v. -                :    GOVERNMENT'S FORFEITURE
                                        :    <u>BILL OF PARTICULARS</u>

LIBERTY RESERVE S.A.,         :
ARTHUR BUDOVSKY,              :
    a/k/a "Arthur Belanchuk,"  :    13 Cr. 368 (DLC)
    a/k/a "Eric Paltz,"       :
VLADIMIR KATS,               :
    a/k/a "Ragnar,"          :
AHMED YASSINE ABDELGHANI,   :
    a/k/a "Alex,"            :
ALLAN ESTEBAN HIDALGO JIMENEZ, :
    a/k/a "Allan Garcia,"     :
AZZEDDINE EL AMINE,         :
MARK MARMILEV,               :
    a/k/a "Marko,"          :
    a/k/a "Mark Halls," and   :
MAXIM CHUKHAREV,            :
                                        :
        Defendants.           :
                                        :
- - - - - - - - - - - - - - - - - - x

        Pursuant to <u>United States</u> v. <u>Grammatikos</u>, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully amends notice that the property subject to forfeiture as a result of the offenses described in Counts One and Three of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Assets Provision in the Indictment, includes the following properties:

        1.    All funds on deposit in account numbered 240-20-510649-01, held in the name of Arthur Budovsky at Hellenic Bank in the country of Cyprus;

2. All funds on deposit in account numbered 240-20-521212-01, held in the name of Travertine Limited at Hellenic Bank in the country of Cyprus;

3. All funds on deposit in accounts numbered 240-20-521214-01 and 240-07-521214-01, held in the name of Marania Limited at Hellenic Bank in the country of Cyprus;

4. All funds on deposit in account numbered 240-07-521212-01, held in the name of Travertine Limited at Hellenic Bank in the country of Cyprus;

5. All funds on deposit in account numbered 240-07-568225-01, held in the name of Azzeddine El Amine at Hellenic Bank in the country of Cyprus;

6. All funds on deposit in the account numbered 240-07-575911-01, held in the name of Lorys Ltd. at Hellenic Bank in the country of Cyprus; and

7. All funds on deposit in the account numbered 100004781803 (formerly numbered as 5507935251), held in the name of Elano Consulting Limited at National Bank of Greece in the country of Cyprus;

and all property traceable to such property.

Dated:   New York, New York
         March 20, 2014

                              Respectfully Submitted,
                              PREET BHARARA
                              United States Attorney

                              By: /s/ Christine Magdo
                              CHRISTINE I. MAGDO
                              Assistant United States Attorney
                              Telephone: (212) 637-2297