UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :        GOVERNMENT'S FORFEITURE
                                   :        BILL OF PARTICULARS
LIBERTY RESERVE S.A.,              :
ARTHUR BUDOVSKY,                   :        13 Cr. 368 (DLC)
    a/k/a "Arthur Belanchuk,"      :
    a/k/a "Eric Paltz,"            :
VLADIMIR KATS,                     :
    a/k/a "Ragnar,"                :
AHMED YASSINE ABDELGHANI,          :
    a/k/a "Alex,"                  :
ALLAN ESTEBAN HIDALGO JIMENEZ,     :
    a/k/a "Allan Garcia,"          :
AZZEDDINE EL AMINE,                :
MARK MARMILEV,                     :
    a/k/a "Marko,"                 :
    a/k/a "Mark Halls," and        :
MAXIM CHUKHAREV,                   :
                                   :
          Defendants.              :
                                   :
- - - - - - - - - - - - - - - - - x

          Pursuant to United States v. Grammatikos, 633 F.2d

1013, 1024 (2d Cir. 1980), the Government respectfully amends

notice that the property subject to forfeiture as a result of

the offenses described in Counts One and Three of the

Indictment, as alleged in the Forfeiture Allegation and/or the

Substitute Assets Provision in the Indictment, includes the

following property:

          1.  Ownership and equity interest in Mr Coney Island,
              LLC, with a registered address of 1215 Surf Ave,
              Brooklyn, NY 11224; and

    2.    Ownership and equity interest in Gourmet Boutique of NY LLC, with a registered address of 1723 East 12th St., Brooklyn, NY 11229;

and all property traceable to such property.

Dated:  New York, New York
          March 21, 2014

                    Respectfully Submitted,

                    PREET BHARARA
                    United States Attorney

By:                    
                    CHRISTINE I. MAGDO
                    Assistant United States Attorney
                    Telephone: (212) 637-2297