

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2015

**By ECF**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **United States v. Mark Marmilev and Maxim Chukharev,**
13 Cr. 368 (DLC)

Dear Judge Cote:

We write to provide the Court and alert defense counsel of a correction to the Government's sentencing memorandum concerning Mark Marmilev in this matter, which was submitted on December 9, 2014. On page 10 of that submission, the Government stated: "When the Liberty Reserve takedown was announced to the public in May 2013, users were instructed to contact the Southern District of New York if they wished to recoup their funds. Notwithstanding that Liberty Reserve had more than 5 million registered user accounts, *only 32 persons* have contacted the Southern District of New York from May 2013 to September 2014." Following the sentencing of Mr. Marmilev, and in advance of the sentencing of Mr. Chukharev, which is scheduled for January 30, 2015, the Government re-reviewed the number of contacts our Office has received since May 2013 from persons asserting a claim to Liberty Reserve funds. The correct number of such claims received as of December 9, 2014 (and to date) is 35, not 32. We do not believe the additional three claims is in any way material to the sentencing of either Mr. Marmilev or Mr. Chukharev, but we wanted to be sure the Court had the most accurate and up-to-date information, and we regret the error in the December 9 submission.

Respectfully,

PREET BHARARA
United States Attorney

By: __/s/_____
SERRIN TURNER
ANDREW D. GOLDSTEIN
CHRISTINE I. MAGDO
KEVIN MOSLEY
Assistant United States Attorneys